UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Osborne Sheppard, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | Civil Action No. 15-cv-13364 GAO |
| | * | |
| Sean Medeiros | | |
| MCI Superintendent, | * | |
| | * | |
| Respondent. | * | |

ORDER OF DISMISSAL

April 20, 2016

O'Toole, D.J.

Pursuant to the court's <u>Order</u> issued on April 20, 2016 [#23] GRANTING Respondent Sean Medeiros, Motion to Dismiss Petition for Writ of Habeas Corpus [#17] , this case is hereby dismissed and CLOSED without prejudice to renewal if permission to file is granted by the First Circuit.

IT IS SO ORDERED.

/s/ George A. O'Toole, Jr.

United States District Judge